Stuart Wayne TOMPKINS,
Plaintiff–Appellant,

v.

Joel HERRON, Correctional Administrator; Kristie B. Stanback, Assistant Superintendent; Geraldine O. Lewis; John Doe Lowery, Sergant Over Mailroom; John Doe Ingram, Mailroom Staff; Jane Doe Norton, Mailroom Staff; Jane Doe Norris, Mailroom Staff; Robert C. Lewis, Director of Prison; Alvin William Keller, Jr., Secretary of Correction; Beverly Eaves Perdue, Governor's; James C. Frye, Program Manager; John Doe Covington, Unit Manager; Jane Doe Alford, Assistant Unit Manager; Marrietta Barr, Ex–Assistant Manager (Now Lieutenant); Chandra K. Ransom, a/k/a Jane Doe, Ex–Unit Manager, Defendants–Appellees.

No. 13–7024.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Stuart Wayne Tompkins, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart Wayne Tompkins appeals the district court's text order denying relief on post-judgment motions filed in his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tompkins v. Herron*, No. 1:10–cv–00978–TDS–LPA (M.D.N.C. June 18, 2013). Tompkins' motion and supplemental motion for injunctive relief pending appeal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*